1  MICHAEL J. FINNEGAN #137409    Priority ✓
   NATHAN M. SPATZ #204769        Send ✓
2  PILLSBURY WINTHROP SHAW        Enter
   PITTMAN LLP                    Closed
3  725 South Figueroa Street, Suite 2800
   Los Angeles, CA 90017-5406     JS-5/JS-6 ✓
4  Telephone: (213) 488-7100      JS-2/JS-3
   Facsimile: (213) 629-1033      Scan Only
5  nathan.spatz@pillsburylaw.com

6  Attorneys for Plaintiff
   AUTOZONE DEVELOPMENT CORPORATION

   FILED
   CLERK, U.S. DISTRICT COURT
   FEB - 3 2006
   CENTRAL DISTRICT OF CALIFORNIA
   BY ___ DEPUTY

8           UNITED STATES DISTRICT COURT

9           CENTRAL DISTRICT OF CALIFORNIA

10                 SOUTHERN DIVISION

12  AUTOZONE DEVELOPMENT           )  Case No. CV 05-6157 JVS
13  CORPORATION, a Nevada          )  (RNBx)
14  corporation,                   )
                                   )  STIPULATION FOR
15                     Plaintiff,  )  DISMISSAL WITH PREJUDICE
                                   )  PURSUANT TO F. R. CIV. P.
16       vs.                       )  41(a)(1)(ii); ORDER THEREON
17                                 )
    STANTON PLAZA GROUP II, LLC,   )  Hon. James V. Selna
18  a California limited liability company; )
19  BRANDYWINE HOMES, a California )
    corporation,                   )
20                                 )
21                     Defendants. )
                                   )

DOCKETED ON CM
FEB - 3 2006
BY ___ 024

600110768v1                    - 1 -                    STIPULATION AND
                                                        [PROPOSED] ORDER

17

1     TO THE HONORABLE JAMES V. SELNA, UNITED STATES
2 DISTRICT COURT JUDGE, CENTRAL DISTRICT, SOUTHERN
3 DIVISION:
4     Plaintiff AUTOZONE DEVELOPMENT CORPORATION, a Nevada
5 corporation ("Plaintiff"), and Defendants STANTON PLAZA GROUP II,
6 LLC, a California limited liability company, and BRANDYWINE HOMES, a
7 California corporation ("Defendants"), hereby enter into this Stipulation, by
8 and through their counsel of record, to dismiss this action with prejudice
9 pursuant to Rule 41(a)(1)(ii), and reference the following facts:
10     WHEREAS the parties to the above entitled action have settled their
11 claims;
12     WHEREAS Plaintiff wishes to dismiss the above-entitled action in its
13 entirety with prejudice;
14     WHEREAS Plaintiff seeks the consent of Defendants to do so;
15     WHEREAS each part shall bear its own attorneys' fees and costs;
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

1   IT IS STIPULATED by and between the parties hereto that this action
2   be dismissed with prejudice as to all parties, and that each party shall bear its
3   own attorneys' fees and costs.
4   IT IS SO STIPULATED.
5   Dated: January 31, 2006.

6   MICHAEL J. FINNEGAN
    NATHAN M. SPATZ
7   PILLSBURY WINTHROP SHAW
       PITTMAN LLP
8   725 South Figueroa Street, Suite 2800
    Los Angeles, CA 90017-5406
9
10  By _____
          Nathan M. Spatz
11  Attorneys for Plaintiff
    AUTOZONE DEVELOPMENT
12  CORPORATION

13  Dated: January 31, 2006.

14  JEFFREY M. ODERMAN
    MARK J. AUSTIN
15  RUTAN & TUCKER, LLP
    611 Anton Boulevard, Fourteenth Floor
16  Costa Mesa, CA 92626-1931

17
    By _____
18        Jeffrey M. Oderman
    Attorneys for Defendants
19  STANTON PLAZA GROUP II, LLC, and
    BRANDYWINE HOMES
20
              **ORDER**
21
22  Having read the foregoing Stipulation, and good cause appearing
23  therefor, the action is hereby dismissed with prejudice. Further, each of the
24  parties is to bear its own attorneys' fees and costs.
25
26  Dated: 2.3.06        _____
                          JAMES V. SELNA
27                       United States District Court Judge
28

| | |
|---|---|
| 1 | Docket No. CV 05 6157 JVC (RNBx) |
| 2 | PROOF OF SERVICE BY MAIL |

I, Judy Iott, the undersigned, hereby declare as follows:

I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in the City of Los Angeles, California.

My business address is 725 South Figueroa Street, Suite 2800, Los Angeles, CA 90017-5406.

I am familiar with Pillsbury Winthrop Shaw Pittman LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

On February 2, 2006, at 725 South Figueroa Street, Suite 2800, Los Angeles, California, I served a true copy of the attached document titled exactly STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO F. R. CIV. P. 41(a)(1)(ii); ORDER THEREON by placing it in an addressed, sealed envelope clearly labeled to identify the person being served at the address shown below and placed in interoffice mail for collection and deposit in the United States Postal Service on that date following ordinary business practices:

Jeffrey M. Oderman, Esq.
Mark J. Austin, Esq.
Rutan & Tucker LLP
611 Anton Blvd., Suite 1400
Costa Mesa, CA 92626-1931

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of February, 2006, at Los Angeles, California.

Judy Iott

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND
[PROPOSED] ORDER

- 5 -

600110768v1